# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

Clifford W. Taylor,
Chief Justice

134706

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 134706
                                      COA: 277280
                                      Alcona CC: 05-000425-FC

THEODORE N. KINNISON,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the June 27, 2007 order of the Court of Appeals is considered. We DIRECT appellate counsel, Ronald D. Ambrose, to file a supplemental brief addressing the reason(s) for his failure to timely file the defendant's motion for resentencing and delayed application for leave to appeal in the Court of Appeals, which led to administrative dismissal of the application on jurisdictional grounds. Counsel shall file the supplemental brief within 28 days of the date of this order.

       The application for leave to appeal remains pending.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

s1213